IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. |
| | ) | 15-06007-08-CR-SJ-BP |
| JONO DEAN HAMLIN, | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

On November 17, 2016, I ordered Defendant to undergo a competency evaluation (Doc. No. 207). Defendant was examined by William S. Logan, M.D., who prepared a report received on March 22, 2017 (Doc. No. 246).

A competency hearing was held on April 6, 2017. The government was represented by Assistant United States Attorney Bruce Rhoades. Defendant in person with appointed attorney Richard Carney. The parties stipulated to the contents and findings of Dr. Logan's report (Tr. at 2). No additional evidence was presented. The parties waived the fourteen-day objection period to the Report and Recommendation (Tr. at 3). Based upon the uncontroverted evidence, I find that Defendant is competent to proceed. Therefore, it is

RECOMMENDED that the court, after making an independent review of the record and applicable law, enter an order finding Defendant competent.

/s/ Robert E. Larsen
ROBERT E. LARSEN
United States Magistrate Judge

Kansas City, Missouri
April 12, 2017