IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 15-06007-08-CR-SJ-BP |
| JONO DEAN HAMLIN, | ) | |
| | ) | |
| Defendant. | ) | |

O R D E R

On November 17, 2016, Defendant was ordered to undergo a competency evaluation. Defendant was examined by William S. Logan, M.D.  It is the opinion of Dr. Logan that Defendant is competent to proceed.   During a hearing held before United States Magistrate Judge Robert Larsen on April 6, 2017, Defendant and the government stipulated to the report of Dr. Logan.   Therefore, after making an independent review of the record, it is

ORDERED that the Report and Recommendation of Magistrate Judge Robert Larsen is adopted in its entirety, and this court finds that Defendant is competent.   It is further

ORDERED that, pursuant to 18 U.S.C. §§ 3161(h)(1)(A) and (h)(4), the time between November 17, 2016, and the date of this order is excluded in computing the time within which the trial of this criminal action must commence.

**IT IS SO ORDERED.**

_/s/Beth Phillips_____
BETH PHILLIPS, JUDGE
UNITED STATES DISTRICT COURT

DATE:  April 13, 2017